IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PEBBLE TIDE LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>PETCUBE, INC.<br><br>    Defendant. | C.A. No. 19-1397 (LPS)<br><br>JURY TRIAL DEMANDED |

**PETCUBE, INC.'S RENEWED MOTION TO DISMISS**
**FOR FAILURE TO STATE A CLAIM**

  Defendant Petcube, Inc. ("Petcube") respectfully moves this Court to dismiss Plaintiff Pebble Tide LLC's ("Pebble Tide['s]") Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted.

  The grounds for this motion are further set forth in Petcube's Opening Brief in Support of its Renewed Motion to Dismiss for Failure to State a Claim, which is being filed contemporaneously herewith.

| | |
|---|---|
| Dated: November 5, 2019 | FISH & RICHARDSON P.C.<br><br>By:   /s/ *Jeremy D. Anderson*<br>        Jeremy D. Anderson (#4515)<br>        222 Delaware Ave., 17th Floor<br>        Wilmington, DE 19801<br>        (302) 652-5070 (Telephone)<br>        (302) 652-0607 (Facsimile)<br>        janderson@fr.com<br><br>        Neil J. McNabnay<br>        mcnabnay@fr.com<br>        Ricardo J. Bonilla<br>        rbonilla@fr.com<br>        Michael Ellis<br>        ellis@fr.com<br>        1717 Main Street, Suite 5000<br>        Dallas, Texas 75201<br>        (214) 747-5070 (Telephone)<br>        (214) 747-2091 (Facsimile)<br><br>        **Attorneys for Defendant**<br>        ***Petcube, Inc.*** |